IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN H. LOVELACE, JR.**                                                                          **PLAINTIFF**

v.                              Case No. 4:20-cv-01348-KGB

**VERIZON WIRELESS SERVICES, LLC**
**and CELLCO PARTNERSHIP**                                                          **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 47). The parties stipulate to the dismissal with prejudice of plaintiff John Lovelace's complaint against defendants Cellco Partnership and Verizon Wireless Services, LLC, with all parties to bear their own costs. Provided the stipulation accords with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it operates to dismiss Mr. Lovelace's complaint by agreement "executed by the parties without any involvement by the court." *White v. Nat'l Football League*, 756 F.3d 585, 595 (8th Cir. 2014). The Court finds that the stipulation accords with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), adopts the stipulation, and dismisses with prejudice Mr. Lovelace's complaint.

It is so ordered this 7th day of August, 2023.

_____
Kristine G. Baker
United States District Judge